UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ENTO, | No. 2:14-cv-1020 KJN P |
| Plaintiff, | |
| v. | ORDER and |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

      Plaintiff is a state prisoner proceeding without counsel. Plaintiff's complaint was filed with the court on April 25, 2014. The court's own records reveal that on October 28, 2013, plaintiff filed a complaint, and on December 30, 2013 plaintiff filed an amended complaint, both containing virtually identical allegations to those raised in the instant complaint. Ento v. The People of the State of California, Case No. 2:13-cv-2248 AC.[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1     IT IS RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 8, 2014

/ento1020.23

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2